Michael S. Warda, CSB# 176360
MICHAEL S. WARDA,
A Professional Law Corporation
2350 W. Monte Vista Avenue
Turlock, California 95382
Telephone: (209) 667-1889
Fax: (209) 667-1809
Email: Mike@wardalaw.com

Attorney for Plaintiffs,
Sandra Scarano, an individual
Ricardo Scarano, an individual

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA SCARANO, ET AL.,<br><br>    Plaintiffs,<br><br>        v.<br><br>COUNTY OF STANISLAUS, ET AL.,<br><br>    Defendants. | Case No.:   2:25-cv-00099-DJC-CSK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE LATE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:  June 26, 2025<br>Time:  1:30 p.m.<br>Courtroom:  7, 14th Floor |

Having considered Plaintiffs' Motion for Leave to File Late Opposition to Defendant County of Stanislaus's Motion to Dismiss, the supporting Declaration of Michael S. Warda, the Response to the Court's Order to Show Cause, and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion for Leave to File Late Opposition is GRANTED;

2. Plaintiffs' Opposition to Defendant's Motion to Dismiss, filed as Exhibit A to the Response to Order to Show Cause, is deemed timely filed;

1

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE LATE OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS

3. Plaintiffs shall file their Opposition as a stand-alone event on the docket forthwith;

4. Defendant County of Stanislaus may file a reply brief no later than seven (7) days from the date of this Order, or by such other date as the Court may direct.

5. The Order to Show Cause, ECF No. 14, is DISCHARGED.

IT IS SO ORDERED.

Dated:  June 6, 2025                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE LATE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS