1  DERICK E. KONZ, SB No. 286902
     Email: dkonz@akk-law.com
2  JACOB J. GRAHAM SB No. 340296
     Email: jgraham@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
4  601 University Avenue, Suite 150
   Sacramento, CA  95825
5  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
6

7  Attorneys for Defendants COUNTY OF STANISLAUS (also sued as Stanislaus County Sheriff's Department)
8

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

| SANDRA SCARANO and RICARDO SCARANO, | Case No.: 2:25-cv-00099-DJC-CSK |
|---|---|
|  | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| Plaintiff, |  |
| vs. |  |
| COUNTY OF STANISLAUS, et al. |  |
| Defendant. |  |

-1-
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1     Pursuant to Local Rule 144(a), the parties hereby stipulate and request approval to extend the time for Defendant COUNTY OF STANISLAUS and STANISLAUS COUNTY SHERIFF'S DEPARTMENT'S time to respond to the Second Amended Complaint (ECF No. 32, "SAC") of Plaintiffs SANDRA SCARANO and RICARDO SCARANO by an *additional* twenty-eight (28) days to allow time for the parties to continue meeting and conferring regarding Defendant's potential motion to dismiss the complaint.

**IT IS SO STIPULATED.**

Dated:  November 12, 2025

ANGELO, KILDAY & KILDUFF, LLP

    */s/ Jacob J. Graham*
By:_____
    DERICK E. KONZ
    JACOB J. GRAHAM
    Attorneys for Defendants COUNTY OF STANISLAUS

Dated:  April 1, 2025

MICHAEL S. WARDA

    */s/ Michael S. Warda*
    *(as authorized on 11.7.2025)*
By:_____
    MICHAEL S. WARDA
    Attorneys for Plaintiffs SANDRA SCARANO and RICARDO SCARANO

**ORDER**

IT IS HEREBY ORDERED that Defendants deadline to file a response to the Second Amended Complaint is extended for twenty-eight (28) days. The parties shall file a joint status report pursuant to this Court's Initial Case Management Order, ECF No. 8, within fourteen (14) days thereafter.

Dated: November 12, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE